UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: CAROL W. NEWKIRK                    Index No. 10 - 15261 (BRL)

                    Debtor.

                                           **NOTICE OF MOTION TO**
                                           **WITHDRAW AS COUNSEL**
                                           <u>**FOR PLAINTIFF**</u>

PLEASE TAKE NOTICE, that upon the annexed affirmation of Kenneth F. McCallion, Esq.individually and on behalf of McCallion & Associates LLP, and upon all prior proceedings herein, counsel will move this Court before the Honorable Burton R. Lifland, United States Bankruptcy Judge for the Southern District of New York, on the 22nd day of December, 2010, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for:

1. An Order allowing the undersigned to withdraw as counsel of record for Debtor CAROL W. NEWKIRK, pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16;

2. An Order granting CAROL W. NEWKIRK thirty (30) days to retain new counsel; and,

3. Such other and further relief as to the Court deems just and proper.


Dated: New York, New York          **McCALLION&ASSOCIATES LLP**
       November 29, 2010

                                   By: _____
                                        Kenneth F. McCallion
                                        Attorneys for Debtor
                                        100 Park Avenue, 16th Floor
                                        New York, New York 10017
                                        (646) 366-0880