UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: CAROL W. NEWKIRK

Debtor.

Index No. 10 - 15261 (BRL)

**NOTICE OF ADJOURNMENT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

PLEASE TAKE NOTICE that a hearing with respect to the Motion to Withdraw as Counsel for Plaintiff was scheduled for December 22, 2010 at 10:00 a.m. before the Honorable Burton R. Lifland, United States Bankruptcy Judge, One Bowling Green, Room 623, New York, New York 10004 (the "Hearing").

PLEASE TAKE: FURTHER NOTICE that the Hearing has been adjourned to December 29, 2010 at 10:00 a.m. before the Honorable Burton R. Lifland, United States Bankruptcy Judge, One Bowling Green, Room 623, New York, New York 10004 and such hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
December 20, 2010

**McCALLION & ASSOCIATES LLP**

By: _____
Kenneth F. McCallion
Attorneys for Debtor
100 Park Avenue, 16th Floor
New York, New York 10017
(646) 366-0880