## SANKEL, SKURMAN & McCARTIN, LLP

ATTORNEYS AT LAW
750 THIRD AVENUE
NEW YORK, N.Y. 10017

TELEPHONE: (212) 682-2288
FACSIMILE: (212) 682-2474
WWW.SANKEL.COM

PAUL S. SKURMAN
WILLIAM F. McCARTIN
CLAUDIO DESSBERG

EILEEN GONG*
JEFFREY A. WENDLER△
NICHOLAS CORONA, JR.△

OF COUNSEL
JOEL S. SANKEL
BERNARD ROTHMAN☐
CARMEL O'SHEA-MALONEY†

☐ FELLOW AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS
* ALSO ADMITTED IN CALIFORNIA
△ ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED TO
ROLL OF SOLICITORS, IRELAND

January 14, 2011

BY ECF FILING

Hon. Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**RE:** In re Carol W. Newkirk
Case No.: 10-15261 (BRL)

Dear Judge Lifland:

With the consent of the Court and of all parties, this is to confirm that the return date of the motion of our client Banco Popular North America for relief from the automatic stay, or to dismiss the above bankruptcy case, has been adjourned on consent from January 19, 2011 to February 9, 2011 at 10:00 a.m.

Your Honor's consideration to this matter is once again much appreciated.

Respectfully,

Claudio Dessberg, Esq.

cc: Kenneth McCallion, Esq.
Attorney for Debtor